IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**JOSEPH LEE JONES,**

    **Plaintiff,**

    v.                                    CASE NO. 25-3070-JWL

**UNITED STATES PATENT
AND TRADEMARK OFFICE,**

    **Defendant.**

## MEMORANDUM AND ORDER

Plaintiff Joseph Lee Jones, who is currently detained at the Douglas County Jail in Lawrence, Kansas, brings this pro se civil action seeking to compel various actions by the United States Patent and Trademark Office.

On April 22, 2025, the Court entered a Memorandum and Order (Doc. 4) finding that Plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g), finding that Plaintiff failed to show he is in imminent danger of serious physical injury, denying Plaintiff's motion to proceed in forma pauperis, and granting Plaintiff until May 22, 2025, to pay the $405.00 filing fee. Now, Plaintiff files a motion for reconsideration (Doc. 5) of the order denying him leave to proceed in forma pauperis.

Plaintiff does not argue that he is in imminent danger of serious physical injury. Rather, he argues that he should be granted in forma pauperis status because a presidential call for submissions for an "AI Action Plan" overrules the three-strikes provision. (Doc. 5, at 1.) Plaintiff cites no support for his argument.

Local Rule 7.3 provides that a "motion to reconsider must be based on: (1) an intervening change in controlling law; (2) the availability of new evidence; or (3) the need to correct clear error

1

or prevent manifest injustice." D. Kan. Rule 7.3. Plaintiff has failed to present any grounds warranting reconsideration of the order. He has not pointed to an intervening change in the law or the availability of new evidence, nor has he set forth a need to correct clear error or to prevent manifest injustice. Plaintiff's motion is denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 5) is **denied**. Plaintiff continues to have until **May 22, 2025**, to submit the $405.00 filing fee. The failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice.

**IT IS SO ORDERED**.

**Dated May 1, 2025, in Kansas City, Kansas.**

S/ John W. Lungstrum
JOHN W. LUNGSTRUM
UNITED STATES DISTRICT JUDGE